PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
BRIAN K. DELANEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
APR 0 5 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DERRICK PENNEY, <br><br> Defendant. | CASE NO. 1:17 CR - 0 0 0 8 8 DAD BAM <br><br> VIOLATIONS: <br><br> 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(D): Conspiracy to Distribute and Possess with Intent to Distribute Marijuana; 21 U.S.C. § 853 – Criminal Forfeiture |

# INFORMATION

The United States Attorney charges: T H A T

DERRICK PENNEY

defendant herein, from in or about June 2014 through October 2014, in the County of Kern, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire with Patrick Mara, Logan August and others, both known and unknown to the United States Attorney, to distribute and possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(D).

///

///

INFORMATION                                     1

FORFEITURE ALLEGATION: [21 U.S.C. § 853 – Criminal Forfeiture]

The allegations set forth in in the above Information are incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Upon conviction of the offense alleged in this Information, defendant DERRICK PENNEY shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any and all property involved in violations of Title 21, United States Code, Sections 841(a)(1) and 846, for which defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offense.

Pursuant to 21 U.S.C. § 853, if any property subject to forfeiture as a result of the offense alleged in this Information, which, as a result of any act or omission of Defendant or agents of Defendant or upon direction by the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

Dated: 4/3/17

PHILLIP A. TALBERT
United States Attorney

By: /s/ Angela L. Scott
ANGELA L. SCOTT
BRIAN K. DELANEY
Assistant United States Attorney

INFORMATION 2

## United States v. DERRICK PENNEY
### Penalties for Information

**COUNT 1:**         DERRICK PENNEY

VIOLATION:         21 U.S.C. §§ 846, 841(a)(1), (b)(1)(D) – Conspiracy to Distribute and Possess with the Intent to Distribute Marijuana

PENALTIES:         Maximum five-year term of imprisonment;
Fine of up to $250,000; or both fine and imprisonment
Minimum term of supervised release of two years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)