**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DERRICK CARL PENNEY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DERRICK CARL PENNEY,<br><br>    Defendant. | Case No.: 1:17-CR-00088-NONE-SKO<br><br>**STIPULATION TO UNSEAL COOPERATION AGREEMENT AND MOTION TO REDUCE SENTENCE; ORDER** |

**TO:  THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the Court unseal Defendant Derrick Penney's cooperation agreement filed on April 24, 2017, as docket number 7, 8, or 9 and the Government's Motion to Reduce Sentence Pursuant to United States Sentencing Guidelines § 5K1.1. filed on July 25, 2017, as docket number 21 or 22 in the above-captioned case.

Per General Order No. 563, the Probation Office and the Clerk's office are authorized to disclose to defense counsel "Presentence Investigation Reports, Statements of Reasons, and Judgments."  While cooperation agreements and motions to reduce are generally not publically filed documents, in this particular case both the Government and Defendant agree that it should be unsealed.  Defense counsel is in need of the cooperation agreement and motion to reduce to

properly represent the Defendant in Kern County in *People v. Derrick Carl Penney*, case number BF173608B.

Accordingly, defense counsel requests and the Government stipulates that this court unseal the cooperation agreement and the motion to reduce and allow counsel to use the documents for the defense of *People v. Derrick Carl Penney*, case number BF173608B.

Respectfully submitted,

DATED:   April 13, 2020    By:  */s/Anthony P. Capozzi*
                                ANTHONY P. CAPOZZI
                                Attorney for Defendant DERRICK CARL PENNEY

DATED:   April 13, 2020    By:  */s/Angela L. Scott*
                                ANGELA L. SCOTT
                                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **April 15, 2020**          _____
                                    UNITED STATES DISTRICT JUDGE